# First District Court of Appeal
## State of Florida

_____

No. 1D21-592
_____

ANTONIO D. HOLT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—Original Jurisdiction.

September 23, 2021

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.141(d)(6)(C).

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Antonio D. Holt, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.